**No. 42123.**—Protests 754947–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42124.**—Protests 729695–G, etc., of P. Pastene & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42125.**—Protests 729059–G, etc., of Del Gaizo Distributing Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42126.**—Protests 672330–G, etc., of R. Lo Curto (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42127.**—Protests 670582–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42128.**—Protests 630233–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42129.**—Protests 622541–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42130.**—Protests 618030–G, etc., of S. Galle & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.